## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

DONALD CHARLES WILSON,

     Plaintiff,

v.

DR. CARLO GAANAN, DR. DAWN B.
DAVIS, DR. KALPANA NARAHARISETTY,
DR. PATRICK J. MURPHY,
CAPTAIN MATT JONES and
CORINNE KIEDROWSKI,

     Defendants.

JUDGMENT IN A CIVIL CASE

12-cv-114-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

(1) denying leave to proceed and dismissing plaintiff's claims against Dr. Dawn B. Davis, Dr. Kalphana Naraharisetty, Dr. Patrick J. Murphy, Captain Matt Jones and Corinne Kiedrowski; and

(2) granting Dr. Carlo Gaanan's motion for summary judgment and dismissing this case without prejudice for plaintiff's failure to exhaust his administrative remedies.

By: _____       4-29-13
     Peter Oppeneer, Clerk of Court                  Date