IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DONALD CHARLES WILSON,

    Plaintiff,

v.

DR. CARLO GAANAN, DR. DAWN B.
DAVIS, DR. KALPANA NARAHARISETTY,
DR. PATRICK J. MURPHY,
CAPTAIN MATT JONES and
CORINNE KIEDROWSKI,

    Defendants.

JUDGMENT IN A CIVIL CASE

12-cv-114-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

(1) denying leave to proceed and dismissing plaintiff's claims against Dr. Dawn B. Davis, Dr. Kalphana Naraharisetty, Dr. Patrick J. Murphy, Captain Matt Jones and Corinne Kiedrowski; and

(2) granting Dr. Carlo Gaanan's motion for summary judgment and dismissing this case without prejudice for plaintiff's failure to exhaust his administrative remedies.

By: _____, Deputy Clerk          4-29-13
   Peter Oppeneer, Clerk of Court                     Date